**Joe Trump AKA Not Murkowski Stephens, Pro Se**

**3609 Tongass Ave. #5416**

**Ketchikan, AK 99901**

**(757) 652-7689**

**joe.stephens.senate@gmail.com**



RECEIVED

DEC 1 0 2021

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **Joe Trump AKA Not Murkowski Stephens** | ) | Case No. |
| **Plaintiff,** | ) | **1:21-cv-00018-RRB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Alaska Division of Elections, State of Alaska** | ) | |
| **Defendant** | ) | |

## NOTICE OF CORRECTION

**Dated: November 22, 2021**

## PLAINTIFF'S NOTICE OF CORRECTION

In the Court System the name of the Plaintiff for Case No. **1:21-cv-00018-RRB** is as follows.

**Joe Trump**

also known as

Not Murkowski Stephens

This is not accurate.  The Plaintiffs name is

**Joe  Trump AKA Not Murkowski Stephens**

The first name being: **Joe**

The last name being: **Stephens**

The middle name being: **Trump AKA Not Murkowski**

Plaintiff therefore respectfully asks this Court to make a correction to the Plaintiffs last name from "Trump" to "Stephens."

**Dated: November 22, 2021**

**Respectfully submitted,**

**Plaintiff, United States**

*Joe Trump AKA Not Murkowski Stephens*

**Joe Trump AKA Not Murkowski Stephens**

**Plaintiff**

**Case Name : See Summary**                                             **Case No. 1:21-cv-00018-RRB**

Stephens
3609 Tongass Ave #J416
Ketchikan, AK 99901

CERTIFIED MAIL

7021 1970 0002 1046 4325

U.S. District Court
222 W. 7th Avenue
Rm 229, Box/Suite #4
Anchorage, AK 99513

LN 26 nov21
RTS 12/13



U.S. POSTAGE PAID
FCM LETTER
KETCHIKAN, AK
99901
NOV 23, '21
AMOUNT
1000
$3.75
99513
R2304E106636-03

UNITED STATES
POSTAL SERVICE®




NOV 23 2021
KETCHIKAN

