Joe Trump AKA Not Murkowski Stephens, Pro Se

3609 Tongass Ave. #5416

Ketchikan, AK 99901

(757) 652-7689

joe.stephens.mail@gmail.com



RECEIVED
JUL 19 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| Joe Trump AKA Not Murkowski Stephens | ) | Case No. |
| Plaintiff, | ) | 1:21-cv-00018-RRB |
| | ) | 22-35181 |
| v. | ) | |
| | ) | |
| Alaska Division of Elections, State of Alaska | ) | |
| Defendant | ) | |

## PLAINTIFF'S REQUEST FOR ELECTRONIC FILING

Dated: July 14, 2022

# PLAINTIFF'S REQUEST FOR ELECTRONIC FILING

I, Joe Trump AKA Not Murkowski Stephens, Plaintiff, hereby respectfully request permission to register, access, and file pleadings via the Electronic Case Filing (ECF) system for the United States District Court for the District of Alaska in the above stated case.

I respectfully request the privilege to electronically submit pleadings, view, and retrieve electronic docket sheets and court documents for the case proceedings in the above stated case.

Plaintiff is equipped with necessary devices to access and file via ECF as follows:

a. Plaintiff has a valid email address which he will use to receive and access notices of electronic filings. The email is: joe.stephens.mail@gmail.com

b. Plaintiff has a personal computer with the internet access.

c. Plaintiff's computer has a web browser.

d. Plaintiff has access to a scanner to convert documents into PDF.

Stephens v. Alaska Division of Elections, State of Alaska     **Case No. 1:21-cv-00018-RRB**

e. Plaintiff has a PDF reader and a PDF writer to convert word processing documents into PDF format.

f. Plaintiff has access to a printer and copier to create required paper copies.

g. Plaintiff has a PACER account with only READ level access.
PACER login: **joe.stephens.law**
Client Code: **6931529**

Dated: July 14, 2022

Respectfully submitted,

Plaintiff, United States

*Joe Trump AKA Not Murkowski Stephens*

Joe Trump AKA Not Murkowski Stephens

Plaintiff

# Certificate of Service

I hereby certify that on the 14th day of July 2022 a copy of the foregoing "Plaintiff's Request for Electronic Filing" was served, by U.S. First Class Mail, on the following:

>Division of Elections
>PO Box 110017
>Juneau, AK 99811

>Attorney General, State of Alaska
>1031 West 4th Ave., Suite 200
>Anchorage, AK 99501

>Attorney General, State of Alaska
>Alaska Department of Law – Civil Division
>PO Box 110300
>Juneau, Alaska 99811

_____
Joe Trump AKA Not Murkowski Stephens

Signature of Pro Se Litigant

Joe Stephens
PO Box 8416
Ketchikan, AK 99901

US District Court
~~101 12th~~
222 W. 7th Ave. RM 229, Box/Suite 4
Anchorage, AK 99513